1

2                                              JS-6

3

4

5

6

7

8

9                   UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11

12   CARMEN JOHN PERRI, an              No. 2:20-cv-08836-JAK (ASx)
     individual,
13

14        Plaintiff,                   **ORDER RE JOINT STIPULATION
                                        FOR DISMISSAL OF THE ENTIRE
15   v.                                 ACTION WITH PREJUDICE (DKT.
                                        19)**
16

17   11690 SANBAR, LLC, a California
     limited liability company; and DOES
18   1-10, inclusive,

19        Defendants.

20

21

22

23

24

25

26

27

28

Based on a review of the Joint Stipulation for Dismissal of the Entire Action with Prejudice (the "Stipulation" (Dkt. 19)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. This action is hereby dismissed with prejudice in its entirety. Each party shall bear his or its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: May 27, 2021

_____
John A. Kronstadt
United States District Judge